# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CONSUMERS DIGEST COMMUNICATIONS, LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>AVAYO MEDIA, LLC, ACAI BERRY PURE, NUTRITION CRAZE, LTD., and JOHN DOES 1-3,<br><br>  Defendants. | Civil Action No. 1:10-cv-02698<br><br>Judge Rebecca R. Pallmeyer |

## **PLAINTIFF'S CERTIFICATE OF COMPLIANCE**

Plaintiff Consumers Digest Communications, LLC ("Consumers Digest") respectfully certifies that it has provided a copy of the materials concerning the voluntary Lanham Act Mediation Program to the appropriate parties and attorneys, to the extent possible. The materials were provided directly to Consumers Digest, and were sent to all known Defendants via first class mail and email.

Respectfully submitted,

Date: May 24, 2010  By: /s/ Howard S. Michael
Howard S. Michael (IL Bar No. 6156396)
Nicholas G. de la Torre (IL Bar No. 6269612)
Virginia Wolk (IL Bar No. 6297991)
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Tel: (312) 321-4200
Fax: (312) 321-4299

ATTORNEYS FOR PLAINTIFF
CONSUMERS DIGEST
COMMUNICATIONS, LLC

Certificate of Service

I certify that a true copy of the foregoing document was served electronically through the ECF system to all counsel of record registered to receive electronic filings, and that I have caused paper copies to be delivered to all counsel of record not so registered, if any.

Date: May 24, 2010  /s/ Howard S. Michael

2