Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2698 | **DATE** | 11/17/2010 |
| **CASE TITLE** | Consumers Digest Communications, LLC vs. Avayo Media, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set for 11/22/10 is stricken and reset to 12/14/10 at 9:00 a.m.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|